IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES R. CARNEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-23-291-RAW-DES |
| | ) |
| **TRINITY OPERATING (USG)), LLC, et al,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, who recommended therein that the plaintiff's motion to remand (#12) and defendant's motion to withdraw notice of removal (#16) both be granted. No party has filed an objection to the Report and Recommendation. After review, the court will adopt the same.

It is the order of the court that the Report and Recommendation is affirmed and adopted as the order of the court. The pertinent motions (##12 & 16) are granted. Pursuant to 28 U.S.C. §1447(c), this action is remanded to the District Court for Pittsburg County, State of Oklahoma.

**ORDERED THIS 10th DAY OF JANUARY, 2024.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**